IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

CARLOS BASSATT,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ

    Defendants.

_____

ORDER ON MOTIONS
_____

    In the First Amended Complaint, filed July 10, 2011, the plaintiff alleges a claim for retaliation under Title VII of the Civil Rights Act of 1964, as amended, in the first claim for relief; a violation of 42 U.S.C. § 1981 in the second claim for relief against the School District and a violation of that statutory provision against Patrick Sanchez in the third claim for relief. On August 11, 2011, the defendants filed a pleading designated Motion to Dismiss or in the Alternative Motion to Stay Litigation, attached exhibits reflecting adjudicative proceedings before the Colorado Civil Rights Commission and a notice of appeal to the Colorado Court of Appeals by the School District, seeking review of a final order ruling in favor of Carlos Bassatt that the District engaged in retaliation in violation of the Colorado anti-discrimination statute. Strangely, the motion to dismiss asserts that the plaintiff's claims in this case are barred by collateral estoppel and alternatively, asks for a stay of this action pending resolution of the appeal. The plaintiff

responded to the defendants' motion by moving to strike it or consider it a motion for summary judgment. The defendants replied on September 15, 2011.

These pleadings by the defendants are procedurally irregular. A collateral estoppel is a form of *res judicata* which is an affirmative defense under Fed.R.Civ.P. 8(c). It is now

ORDERED that the defendants' Motion to Dismiss or in the Alternative Motion to Stay Litigation is denied; the plaintiff's motion to strike or to construe the motion to dismiss as a motion for summary judgment is moot and it is

ORDERED that the defendants will answer the amended complaint by October 10, 2011.

DATED: September 19, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge