IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

CARLOS BASSATT,

     Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ

     Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of the Motion for Leave to Amend Complaint [10] filed September

27, 2011, and Defendants' notice of withdrawal of objection to the motion [12] filed

October 4, 2011, it is

ORDERED that the motion to amend complaint is granted and the Second

Amended Complaint attached thereto is accepted for filing.

DATED:   October 5th, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge