IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

CARLOS BASSATT,

      Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER,
PATRICK SANCHEZ and
DENVER SCHOOL BOARD,

      Defendants.
_____

ORDER DISMISSING THIRD AND SIXTH CLAIMS FOR RELIEF IN SECOND AMENDED COMPLAINT
_____

      Upon review of the second amended complaint, the defendants' motion to dismiss the second, third, fourth, fifth and sixth claims, filed October 18, 2011, the plaintiff's opposition filed November 18, 2011, and the defendants' reply, filed December 5, 2011, it is

      ORDERED that the third and sixth claims for relief asserting liability as to the Denver School Board are duplicative of the claims against the School District No. 1 and on that basis it is

      ORDERED that the third and sixth claims for relief are dismissed, resulting in the dismissal of Denver School Board as a defendant and it is

      FURTHER ORDERED that the remainder of the defendants' motion to dismiss is denied.

      DATED:   December 9th , 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior Judge