IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

CARLOS BASSATT,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ,

    Defendants.
_____

ORDER DENYING MOTION TO FILE THIRD AMENDED COMPLAINT
_____

    Upon consideration of the Plaintiff's Motion to File a third Amended Complaint, filed March 11, 2012, and the Defendants' response, filed March 22, 2012, it is

    ORDERED that the Motion to File a Third Amended Complaint is denied.

    DATED: March 23rd, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge