IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

CARLOS BASSATT,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and PATRICK SANCHEZ,

    Defendants.

_____

## ORDER
_____

The last words in the complex administrative process under the Colorado Civil Rights Act was the Colorado Court of Appeals unpublished Order issued October 20, 2011, vacating the order of the Colorado Civil Rights Commission and remanding the case to it "to reconsider the issue of whether the School District's termination of Bassatt constituted discriminatory retaliation under state law."

The plaintiff's motion for partial summary judgment based on either *res judicata* or collateral estoppel is unfounded given that there is no final decision. Accordingly, it is ORDERED that the plaintiff's motion for partial summary judgment is denied.

DATED:  July 30, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge