**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: April 19, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 11-cv-01761-RPM

| | |
|---|---|
| CARLOS BASSATT, | Richard C. LaFond |
| | Adrienne M. Tranel |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and PATRICK SANCHEZ, | Michael B. Case |
| | Holly E. Ortiz |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**9:58 a.m.** **Court in session.**

Court's preliminary remarks.

Mr. LaFond informs the Court of the current status of the CCRD action (February 19, 2013 Colorado Court of Appeals dismissed action and awaiting a third final order from CCRD).

Argument by Mr. LaFond.

**Court states res judicata will not be applied and its reasons are as stated on record.**

Argument by Ms. Ortiz.
Ms. Ortiz tenders to Court a copy of the second order entered by the Colorado Court of Appeals.

**Counsel may file a supplemental brief (compensatory damages - law of survivorship).
Court further states collateral estoppel will not be applied.**

Further Argument by Mr. Lafond.

**ORDERED:** **Plaintiff's request for injunctive relief is denied as stated on record.**

April 19, 2013
11-cv-01761-RPM

**ORDERED:** **Defendants' supplemental brief due April 22, 2013 and plaintiff's response due May 13, 2013.**

**Defendants' Motion for Summary Judgment [54], is under advisement upon filing of supplemental briefs.**

**Request for Reconsideration (re [50]) of Plaintiff's [35] Motion for Partial Summary Judgment [60], is denied.**

**10:31 a.m.** **Court in recess.**

Hearing concluded.  Total time: 33  min.