IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

THE ESTATE OF CARLOS BASSATT,
CARLOS BASSATT, JR.,
Personal representative,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order for Summary Judgment entered by Senior District Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this civil action is dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

    DATED: May 17th, 2013

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk

                                S/M.V. Wentz
                        By_____
                                 Deputy