IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

THE ESTATE OF CARLOS BASSATT,
CARLOS BASSATT, JR.,
Personal representative,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S OBJECTION TO DEFENDANTS' AWARD OF COSTS
_____

    After review of Plaintiff's Objection to Defendants' Award of Costs, filed June 26, 2013 [93] and the Bill of Costs, entered June 20, 2013 [88], it is

    ORDERED that the plaintiff's objection is denied.

    DATED: July 1st, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge