IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01761-RPM

THE ESTATE OF CARLOS BASSATT,
CARLOS BASSATT, JR.,
Personal representative,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER and
PATRICK SANCHEZ,

    Defendants.

_____

## STAY ORDER
_____

On July 15, 2013, the plaintiff filed a request for stay of order assessing costs pending appeal [95]. Defendant has not filed a response. It is therefore now

ORDERED that the motion is granted and the execution of the award of Defendant's costs is stayed pending appeal in the Tenth Circuit United States Court of Appeals.

DATED: August 14th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge